UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
CRISTIAM ACELAS, individually and on
behalf of others similarly situated,

        Plaintiff,                          CASE NO.: 23-cv-04957

   v.

CREATE RENOVATION & DESIGN, INC.,
A New York corporation, and MIGUEL A.
CRISANTOS PRUDENCIO, an individual,

        Defendant.
---------------------------------------------------------X

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

PLEASE TAKE NOTICE that Plaintiff, CRISTIAM ACELAS, pursuant to Fed. R. Civ. P. 68, hereby accepts the Offer of Judgment made by Defendants, CREATE RENOVATION & DESIGN, INC., and MIGUEL A. CRISANTOS PRUDENCIO, dated March 7, 2024, which is attached hereto as Exhibit "A".

DATED this **8th** day of **March**, 2024.

                                                             **Law Offices of Nolan Klein, P.A.**
                                                             *Attorneys for Plaintiff*
                                                              5550 Glades Road, Suite 500
                                                              Boca Raton, FL 33431
                                                              Tel: (954) 745-0588

                                                              By: _____
                                                              NOLAN KLEIN, ESQ.
                                                              (NK4223)
                                                              klein@nklegal.com
                                                              amy@nklegal.com

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that a copy of the foregoing instrument was served via E-mail to the following individuals on the attached Service List on this **8th** day of ~~March,~~ 2024.

By: _____<br>NOLAN KLEIN, ESQ.

**SERVICE LIST:**

**ERIK M. BASHIAN, ESQ.**
(EB7326)
BASHIAN & PAPANTONIOU, P.C.
*Attorneys for Plaintiff*
1225 Franklin Avenue, Suite 325
Garden City, NY 11530
Tel: (516) 279-1554
Fax: (516) 213-0339
eb@bashpaplaw.com

**DAVID S. FEATHER, ESQ.**
FEATHER LAW FIRM, P.C.
*Attorney for All Defendants*
666 Old Country Road, Suite 509
Garden City, NY 11530
(516) 745-9000
dfeather@featherlawfirm.com