UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
CRISTIAM ACELAS, individually and on
behalf of others similarly situated,

                Plaintiff,                              CASE NO.: 23-cv-04957

   v.                                                   **JUDGMENT**

CREATE RENOVATION & DESIGN, INC.,
A New York corporation, and MIGUEL A.
CRISANTOS PRUDENCIO, an individual,

                Defendants.
--------------------------------------------------------X

WHEREAS, on or about March 7, 2024, Defendants, CREATE RENOVATION & DESIGN, INC., and MIGUEL A. CRISANTOS PRUDENCIO extended to Plaintiff, CRISTIAM ACELAS, an Offer of Judgment pursuant to Fed. R. Civ. P. 68, in the amount of Seventeen Thousand Dollars and Zero Cents ($17,000.00); CRISTIAM ACELAS, accepted that offer, and filed the offer, and their acceptance thereof, with this Court;

NOW THEREFORE, pursuant to Fed. R. Civ. P. 68, it is hereby ORDERED and ADJUDGED, that Plaintiff, CRISTIAM ACELAS, have judgment against Defendants, CREATE RENOVATION & DESIGN, INC., and MIGUEL A. CRISANTOS PRUDENCIO, jointly and severally, in the amount of Seventeen Thousand Dollars and Zero Cents ($17,000.00), inclusive of all legal fees, interest, and costs.

All pending motions are denied as moot, and the Clerk of Court is directed to administratively close this case.

DATED: March 11, 2024
       Brooklyn, New York

                                                    **BRENNA B. MAHONEY**
                                                    **CLERK OF COURT**

                                                   by: *Jalitza Poveda*
                                                      **Deputy Clerk**